```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


DOUGLAS TIMBER OPERATORS, INC.,   :
et al.,                           :
                                  :
        Plaintiffs,               :
                                  :
    v.                            :   Civil Action No. 09-1704 (JR)
                                  :
KEN SALAZAR, Secretary of         :
Interior,                         :
                                  :
        Defendant.                :
```

### ORDER

The motion of Pacific Rivers Council to intervene [#4] is **granted** pursuant to F.R.Civ.P. 24(b).


                                        JAMES ROBERTSON
                                   United States District Judge